# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Atah H. Akakpo-Martin<br>**Debtor 1**<br>Suson E. Akakpo-Martin<br>**Debtor 2**<br><br>PSECU<br>**Movant(s)**<br>v.<br>Atah H. Akakpo-Martin<br>Suson E. Akakpo-Martin<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:21-BK-01810-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 57 |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Atah H. Akakpo-Martin and Suson E. Akakpo-Martin, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Paragraph 3 contains a conclusion of law to which no response is required.

4. Admitted. Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

5. Upon information and belief, the averment as stated in Paragraph 5 is admitted.

6. Admitted.

7. Admitted. Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

8. Paragraph 8 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

    Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: March 27, 2023    /s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Atah H. Akakpo-Martin **Debtor 1** Suson E. Akakpo-Martin **Debtor 2** PSECU **Movant(s)** v. Atah H. Akakpo-Martin Suson E. Akakpo-Martin **Respondent(s)** Jack N. Zaharopoulos, Esquire Standing Chapter 13 Trustee **Additional Respondent** | **Chapter** 13 **Case No.** 1:21-BK-01810-HWV **Matter:** Motion for Relief from the Automatic Stay **Document No.** 57 |

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, March 27, 2023, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

James Valecko, Esquire
WELTMAN, WEINBERG & REIS CO., LPA
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire