## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ATAH H AKAKPO-MARTIN
SUSON E AKAKPO-MARTIN

                    Debtor(s)

CASE NO. 21-bk-01810-HWV

CHAPTER 13

### WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE WITHOUT PREJUDICE

Kindly withdraw the appearance of James Valecko as attorney for PENNSYLVANIA STATE

EMPLOYEES CREDIT UNION and enter Milos Gvozdenovic as attorney for PENNSYLVANIA STATE

EMPLOYEES CREDIT UNION without prejudice in all matters for the duration of this bankruptcy case.

Date: 10/11/2023

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ATAH H AKAKPO-MARTIN
SUSON E AKAKPO-MARTIN
                          Debtor(s)

CASE NO.  21-bk-01810-HWV

CHAPTER 13

## CERTIFICATE OF SERVICE

    I, Milos Gvozdenovic Esquire, attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT

UNION, do hereby certify that true and correct copies of the Withdrawal of Appearance/Entry of Appearance

without prejudice has been served on October 11, 2023, upon those listed below:

**Service by First-Class Mail**:

ATAH H AKAKPO-MARTIN, Debtor
1 Horseshoe Drive
Middletown, PA 17057

SUSON E AKAKPO-MARTIN, Co-Debtor
1 Horseshoe Drive
Middletown, PA 17057

**and Service by NEF/ECF**:

Paul Donald Murphy-Ahles, Debtors Attorney at pmurphy@dplglaw.com
Jack N Zaharopoulos, Trustee at info@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov

         WELTMAN, WEINBERG & REIS CO., L.P.A.

      /s/Milos Gvozdenovic
      Milos Gvozdenovic
      Weltman, Weinberg & Reis Co., L.P.A.
      Attorney for Movant
      965 Keynote Circle
      Brooklyn Heights, OH 44131
      216-739-5647
      mgvozdenvoic@weltman.com