**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Atah H. Akakpo-Martin<br>**Debtor 1**<br>Suson E. Akakpo-Martin<br>**Debtor 2** | **Chapter** 13 |
| | **Case No.** 1:21-BK-01810-HWV |
| First National Bank of Pennsylvania<br>**Movant(s)**<br>v.<br>Atah H. Akakpo-Martin<br>Suson E. Akakpo-Martin<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 78 |

**DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, come the Debtor(s), Atah H. Akakpo-Martin and Suson E. Akakpo-Martin, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 1; therefore, it is denied.

2. Upon information and belief, the averment as stated in Paragraph 2 is admitted.

3. Uon information and belief, the averments as stated in Paragraph 3 are admitted.

4. Admitted.

5. Admitted.

6. Upon information and belief, the averment as stated in Paragraph 6 is admitted.

7. Admitted.

8. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 8; therefore, it is denied.

9. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 9; therefore, it is denied.

10. Admitted.

11. Admitted.

12. Admitted.

13. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 13; therefore, it is denied.

14. Paragraph 14 contains a conclusion of law to which no response is required.

15. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 15; therefore, it is denied.

16. Paragraph 16 contains a conclusion of law to which no response is required.

17. Admitted.

18. Paragraph 18 contains a conclusion of law to which no response is required.

19. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 19; therefore, it is denied.

20. Upon information and belief, the averment as stated in Paragraph 20 is admitted.

21. Paragraph 21 contains a conclusion of law to which no response is rquired.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: January 22, 2025

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

    Atah H. Akakpo-Martin
        **Debtor 1**
    Suson E. Akakpo-Martin
        **Debtor 2**

    First National Bank of Pennsylvania
        **Movant(s)**
            v.
    Atah H. Akakpo-Martin
    Suson E. Akakpo-Martin
        **Respondent(s)**
    Jack N. Zaharopoulos, Esquire
    Standing Chapter 13 Trustee
        **Additional Respondent**

**Chapter** 13

**Case No.** 1:21-BK-01810-HWV

**Matter:** Motion for Relief from the Automatic Stay

**Document No.** 78

### CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, January 22, 2025, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

David Raphael, Esquire
First National Bank of Pennsylvania
626 Washington Place
Pittsburgh, PA 15219
*Counsel for Movant(s)*

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North Sixth Street, Floor 3
Harrisburg, PA 17102

                /s/ Kathryn S. Greene

                Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
                Paralegal for Paul D. Murphy-Ahles, Esquire