**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ATAH H. AKAKPO-MARTIN** |
| Debtor 2 (Spouse, if filing) | **SUSON E. AKAKPO-MARTIN** |
| Unites States Bankruptcy Court for the: | **Middle District of Pennsylvania** (State) |
| Case Number | **1:21-BK-01810-HWV** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** LOANCARE, LLC

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 3 1 1 4

**Property Address:**

1 HORSESHOE DRIVE
Number Street

MIDDLETOWN PA 17057
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 0.05 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 0.05 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 0.05 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Donna Schott — Date 09/17/2026
Signature

Trustee: Jack N. Zaharopoulos
First Name / Middle Name / Last Name

Address: 8125 Adams Drive, Suite A
Number / Street

Hummelstown PA 17036
City / State / ZIP Code

Contact phone (717) 566-6097 Email info@pamd13trustee.com

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 12 | LOANCARE, LLC | Secured-Residential Mortgage, Pre-Petition Arrea | 01/18/2023 | 2021264 | Disbursement To Creditor/Principal | 0.05 |
| | | | | | Total for Claim Number 12: | 0.05 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **0.05** |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ATAH H. AKAKPO-MARTIN<br>SUSON E. AKAKPO-MARTIN<br>Debtors<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>ATAH H. AKAKPO-MARTIN<br>SUSON E. AKAKPO-MARTIN<br>Respondents | CHAPTER 13<br><br>CASE NO. 1:21-BK-01810-HWV |

**CERTIFICATE OF SERVICE**

AND NOW, this 17th day of September, 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

OFFICE OF THE UNITED STATES TRUSTEE
SYLVIA H. RAMBO UNITED STATES COURTHOUSE
1501 NORTH 6TH STREET
HARRISBURG, PA 17102

LOANCARE, LLC

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA 17011

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***

ATAH H. AKAKPO-MARTIN
SUSON E. AKAKPO-MARTIN
1 HORSESHOE DRIVE
MIDDLETOWN, PA 17057

LOANCARE, LLC

/s/ Donna Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee