United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Atah H. Akakpo-Martin
Suson E. Akakpo-Martin
Debtors

Case No. 21-01810-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | 
Date Rcvd: Sep 24, 2026 | Form ID: 3180W | Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Atah H. Akakpo-Martin, Suson E. Akakpo-Martin, 1 Horseshoe Drive, Middletown, PA 17057-2927 |
| 5438224 | + | Customers Bank, Service Finance Co., LLC, 555 S Federal HWY 200, Boca Raton , FL 33432-6033 |
| 5450632 | + | Dept. of Labor & Industry, Office of UC Benefits P, 651 Boas Street, 6th Floor, Harrisburg, PA 17121-0725 |
| 5441119 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5430938 | + | Rushmore Loan Management Services, PO Box 5270, Irvine, CA 92616 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Sep 24 2026 18:58:00 | Allied First Bank, SB dba Servbank, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: BK@servicingdivision.com | Sep 24 2026 18:57:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Sep 24 2026 18:58:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 24 2026 18:57:00 | OSLT, c/o Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| cr | + | Email/Text: Unger@Members1st.org | Sep 24 2026 18:57:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17011, UNITED STATES 17001-8893 |
| cr | + | EDI: PRA.COM | Sep 24 2026 22:51:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BK@servicingdivision.com | Sep 24 2026 18:57:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: BK@servicingdivision.com | Sep 24 2026 18:57:00 | Servbank, SB, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Sep 24 2026 18:58:00 | Servbank, SB, Servbank, SB, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Sep 24 2026 18:57:00 | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 5430923 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 24 2026 19:07:13 | Affirm, Inc., 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 5534494 | + | Email/Text: BK@servicingdivision.com | Sep 24 2026 18:57:00 | Allied First Bank, SB dba Servbank, 3138 E |

| | | | | |
|---|---|---|---|---|
| | | | | Elwood St, Phoenix, Arizona 8503, Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5534493 | + | Email/Text: BK@servicingdivision.com | Sep 24 2026 18:57:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5430924 | + | Email/PDF: bncnotices@becket-lee.com | Sep 24 2026 19:07:10 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5431946 | + | Email/Text: bkfilings@zwickerpc.com | Sep 24 2026 18:58:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5430925 | + | EDI: TSYS2 | Sep 24 2026 22:51:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5430927 | + | EDI: CITICORP | Sep 24 2026 22:51:00 | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 5430928 | + | EDI: CITICORP | Sep 24 2026 22:51:00 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5430926 | | EDI: CAPITALONE.COM | Sep 24 2026 22:51:00 | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5435706 | | EDI: CITICORP | Sep 24 2026 22:51:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5430929 | + | EDI: CITICORP | Sep 24 2026 22:51:00 | Citibank, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5430930 | | EDI: WFNNB.COM | Sep 24 2026 22:51:00 | Comenity Bank / Victoria's Secret, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5432029 | + | EDI: DISCOVER | Sep 24 2026 22:51:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5430931 | | EDI: DISCOVER | Sep 24 2026 22:51:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5431743 | + | EDI: DISCOVERSL.COM | Sep 24 2026 22:51:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 5678316 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 24 2026 18:57:00 | OSLT, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 5678317 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 24 2026 18:57:00 | OSLT, Firstmark Services, PO Box 82522, Lincoln, NE 68501, OSLT, Firstmark Services |
| 5431940 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 24 2026 18:57:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 5430932 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 24 2026 18:57:00 | First National Bank of Pennsylvania, Attn: Legal Department, 1 FNB Boulevard, Hermitage, PA 16148-3363 |
| 5430933 | + | EDI: IRS.COM | Sep 24 2026 22:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5441119 | ^ | MEBN | Sep 24 2026 18:52:55 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5795953 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 24 2026 18:57:00 | Lakeview Loan Servicing, LLC, C/O LoanCare, LLC, PO BOX 8068, Virginia Beach, VA 23450-8068 |
| 5795954 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 24 2026 18:57:00 | Lakeview Loan Servicing, LLC, C/O LoanCare, LLC, PO BOX 8068, Virginia Beach, VA 23450, Lakeview Loan Servicing, LLC, C/O LoanCare, LLC 23450-8068 |
| 5430934 | + | Email/Text: unger@members1st.org | Sep 24 2026 18:58:00 | Members 1st Federal Credit Union, 5000 Louise |

| | | | | |
|---|---|---|---|---|
| | | | | Drive, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5430935 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2026 18:58:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, PO Box 939069, San Diego, CA 92193-9069 |
| 5432599 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2026 18:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5441526 | | EDI: PRA.COM | Sep 24 2026 22:51:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5436590 | + | EDI: G2RSPSECU | Sep 24 2026 22:51:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5430937 | + | EDI: G2RSPSECU | Sep 24 2026 22:51:00 | PSECU, 1500 Elmerton Avenue, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5441512 | | EDI: Q3G.COM | Sep 24 2026 22:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5729618 | + | Email/Text: BK@servicingdivision.com | Sep 24 2026 18:57:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5729617 | + | Email/Text: BK@servicingdivision.com | Sep 24 2026 18:57:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5596991 | + | Email/Text: BK@servicingdivision.com | Sep 24 2026 18:57:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5596992 | + | Email/Text: BK@servicingdivision.com | Sep 24 2026 18:57:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5430939 | + | Email/Text: servicing@svcfin.com | Sep 24 2026 18:57:00 | Service Finance Company, 555 South Federal Highway, Boca Raton, FL 33432-6033 |
| 5430940 | | EDI: SYNC | Sep 24 2026 22:51:00 | Synchrony Bank / JCPenney, Attn: Bankruptcy Department, PO Box965064, Orlando, FL 32896-5064 |
| 5430941 | | EDI: SYNC | Sep 24 2026 22:51:00 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5430942 | | EDI: SYNC | Sep 24 2026 22:51:00 | Synchrony Bank / Sam's Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5431108 | + | EDI: AISACG.COM | Sep 24 2026 22:51:00 | Synchrony Bank by AIS InfoSource, LP, as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5440662 | + | Email/Text: BK@servicingdivision.com | Sep 24 2026 18:57:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | *+ | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5442186 | *+ | Synchrony Bank by AIS InfoSource, LP, as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5443624 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 5430936 | ##+ | Patenaude & Felix, APC, Southpointe Center, 501 Corporate Drive #205, Canonsburg, PA 15317-8584 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David William Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| Milos Gvozdenovic | on behalf of Creditor PSECU mgvozdenovic@weltman.com pitecf@weltman.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Suson E. Akakpo-Martin pmurphy@dplglaw.com jsmalls@dplglaw.com;rreynolds@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Atah H. Akakpo-Martin pmurphy@dplglaw.com jsmalls@dplglaw.com;rreynolds@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Atah H. Akakpo−Martin<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx−xx−1051 |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Suson E. Akakpo−Martin<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx−xx−5519 |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:21−bk−01810−HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Atah H. Akakpo−Martin

Suson E. Akakpo−Martin

**By the court:**

9/24/26

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

For more information, see page 2>

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**