**Fill in this information to identify the case:**

Debtor 1 Atah H. Akakpo-Martin

Debtor 2 Suson E. Akakpo-Martin
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE District of Pennsylvania
(State)

Case number 21-01810 HWV

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** **Lakeview Loan Servicing, LLC**

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account:

**Property address:** **1 Horseshoe Drive**
Number Street
**Middletown PA 17057**
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ 0.05 .

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ ____________.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ ____________.

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☐ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☒ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: 09 /01 / 2026 .
(9/1/26-10/1/26 @1,451.20 = $2,902.40 - Suspense -1,209.40 = Total $1,693)

☒ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | |
|---|---|
| i. Date last payment was received on the mortgage: | 09 / 15 / 2026 |
| ii. Date next postpetition payment from the debtor is due: | 09 / 01 / 2026 |
| iii. Amount of the next postpetition payment that is due: | $ 1,451.20 |
| iv. Unpaid principal balance of the loan: | $ 179,140.39 |
| v. Additional amounts due for any deferred or accrued interest: | $ 867.99 |
| vi. Balance of the escrow account: | $ 691.95 |
| vii. Balance of unapplied funds or funds held in a suspense account: | $ 1,209.40 |
| viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 1,388.00 |

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

**Part 5: Sign Here**

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Maggie Soboleski Date October 5, 2026
Signature

Name: Maggie Soboleski
First name Middle name Last name

Title: Attorney for Secured Creditor

Company: KML Law Group, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 701 Market Street, Suite, 5000
Number Street

Philadelphia PA 19196
City State ZIP Code

Contact phone (215) 627-1322 Email bkgroup@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>**Atah H. Akakpo-Martin**<br>**Suson E. Akakpo-Martin**<br>**Debtor(s)**<br><br>**Lakeview Loan Servicing, LLC**<br>**Movant**<br>**vs.**<br><br>**Atah H. Akakpo-Martin**<br>**Suson E. Akakpo-Martin**<br>**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>**Trustee** | **BK NO. 21-01810 HWV**<br><br>**Chapter 13**<br><br>**Related to Claim No. 12** |

## CERTIFICATE OF SERVICE

I, Maggie Soboleski of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 7, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Suson E. Akakpo-Martin
1 Horseshoe Drive
Middletown, PA 17057

Atah H. Akakpo-Martin
1 Horseshoe Drive
Middletown, PA 17057

Attorney for Debtor(s) (via ECF)
Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: October 7, 2026

**/s/ Maggie Soboleski**
Maggie Soboleski
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
MSoboleski@kmllawgroup.com

| LOAN NUMBER | [redacted] | | | Last Name | AH AKAKPO-M | | Case | 21-01810 | | BK Filed Date | 8/17/2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | POC Arrears | $0.05 | Cured | | | | | 1st Post Due date | 9/1/2021 | $1,357.45 |
| | | | | | | | | | | | 11/1/2022 | $1,380.26 |
| | PPFN Filed on 11/23/21 " POC 10/12/21 -$350 " ," Plan review fee 8/24/21 -$300" = Total $650 ( $300 cured , $350 still owed) | | | | | | | | | | 11/1/2023 | $1,369.61 |
| | | | | | | | | | | | 7/1/2024 | $1,380.19 |
| | PPFN Filed on 1/19/23 " Attorney fees MFR 11/29/22 -$850" ," MFR filing fee 11/29/22 -$188" = Total $1,038 Not Cured | | | | | | | | | | 9/1/2025 | $1,440.37 |
| | | | | | | | | | | | 1/1/2026 | $1,451.20 |

Agreed order filed on 4/11/23 " Debtors make each and every payment beginning with the 4/4/23 bi-weekly payment which must be paid in full $218.62 to PSECU on or before 4/4/23 for 6 months payments of $388.38 beginning 4/4/23. to cure movant's remaining arrears due and owing through the 3/21/23 payment due date of $2,330.28.

Agreed order filed on 3/12/25 " As of March 5, 2025, the post-petition arrears owed to FNB total $1,806.58, which consists of $594.30 to complete the January 14, 2025 payment and $684.90 for the February 14, 2025 payment, plus late charges and legal fees and filing costs ("Post-Petition Arrears"Post-petition funds received from the Debtor after March 5, 2025 shall be applied per the terms of this Stipulation as outlined herein. Commencing with payment due March 14, 2025, the Debtor shall cure the Postpetition Arrears owed to FNB over a six (6) month period of time via monthly payments in the amounts of $301.10 ("Arrears Payments") until the Arrears are paid in full.

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Stip Payments | Debtor Balance | PP Payment Balance | Trustee Balance | Stip Balance | Post-Petition Due | Contractual Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | | $ - | $ - | $ - | $ - | | |
| | | | | $ - | | | | | | $ - | $ - | $ - | $ - | | |
| 9/2/2021 | $ 1,400.00 | $ 1,400.00 | | $ 1,400.00 | To Debtor Suspense | $ 1,400.00 | | | | $ 1,400.00 | $ - | $ - | $ - | | |
| | | | | $ 1,400.00 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 42.55 | $ 1,357.45 | $ - | $ - | 9/1/2021 | |
| | | | $ 1,357.45 | $ 42.55 | 1 Contractual Payment | | $ (1,357.45) | | | $ 42.55 | $ - | $ - | $ - | | 9/1/2021 |
| 10/14/2021 | $ 1,357.45 | $ 1,357.45 | | $ 1,400.00 | To Debtor Suspense | $ 1,357.45 | | | | $ 1,400.00 | $ - | $ - | $ - | | |
| | | | | $ 1,400.00 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 42.55 | $ 1,357.45 | $ - | $ - | 10/1/2021 | |
| | | | $ 1,357.45 | $ 42.55 | 1 Contractual Payment | | $ (1,357.45) | | | $ 42.55 | $ - | $ - | $ - | | 10/1/2021 |
| 11/16/2021 | $ 1,357.45 | $ 1,357.45 | | $ 1,400.00 | To Debtor Suspense | $ 1,357.45 | | | | $ 1,400.00 | $ - | $ - | $ - | | |
| | | | | $ 1,400.00 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 42.55 | $ 1,357.45 | $ - | $ - | 11/1/2021 | |
| | | | $ 1,357.45 | $ 42.55 | 1 Contractual Payment | | $ (1,357.45) | | | $ 42.55 | $ - | $ - | $ - | | 11/1/2021 |
| 12/30/2021 | $ 1,357.45 | $ 1,357.45 | | $ 1,400.00 | To Debtor Suspense | $ 1,357.45 | | | | $ 1,400.00 | $ - | $ - | $ - | | |
| | | | | $ 1,400.00 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 42.55 | $ 1,357.45 | $ - | $ - | 12/1/2021 | |
| | | | $ 1,357.45 | $ 42.55 | 1 Contractual Payment | | $ (1,357.45) | | | $ 42.55 | $ - | $ - | $ - | | 12/1/2021 |
| 1/31/2022 | $ 1,357.45 | $ 1,357.45 | | $ 1,400.00 | To Debtor Suspense | $ 1,357.45 | | | | $ 1,400.00 | $ - | $ - | $ - | | |
| | | | | $ 1,400.00 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 42.55 | $ 1,357.45 | $ - | $ - | 1/1/2022 | |
| | | | $ 1,357.45 | $ 42.55 | 1 Contractual Payment | | $ (1,357.45) | | | $ 42.55 | $ - | $ - | $ - | | 1/1/2022 |
| 2/28/2022 | $ 1,357.45 | $ 1,357.45 | | $ 1,400.00 | To Debtor Suspense | $ 1,357.45 | | | | $ 1,400.00 | $ - | $ - | $ - | | |
| | | | | $ 1,400.00 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 42.55 | $ 1,357.45 | $ - | $ - | 2/1/2022 | |
| | | | $ 1,357.45 | $ 42.55 | 1 Contractual Payment | | $ (1,357.45) | | | $ 42.55 | $ - | $ - | $ - | | 2/1/2022 |
| 4/1/2022 | $ 1,357.45 | $ 1,357.45 | | $ 1,400.00 | To Debtor Suspense | $ 1,357.45 | | | | $ 1,400.00 | $ - | $ - | $ - | | |
| | | | | $ 1,400.00 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 42.55 | $ 1,357.45 | $ - | $ - | 3/1/2022 | |
| | | | $ 1,357.45 | $ 42.55 | 1 Contractual Payment | | $ (1,357.45) | | | $ 42.55 | $ - | $ - | $ - | | 3/1/2022 |
| 5/31/2022 | $ 1,357.45 | $ 1,357.45 | | $ 1,400.00 | To Debtor Suspense | $ 1,357.45 | | | | $ 1,400.00 | $ - | $ - | $ - | | |
| | | | | $ 1,400.00 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 42.55 | $ 1,357.45 | $ - | $ - | 4/1/2022 | |
| | | | $ 1,357.45 | $ 42.55 | 1 Contractual Payment | | $ (1,357.45) | | | $ 42.55 | $ - | $ - | $ - | | 4/1/2022 |
| 6/28/2022 | $ 1,357.45 | $ 1,357.45 | | $ 1,400.00 | To Debtor Suspense | $ 1,357.45 | | | | $ 1,400.00 | $ - | $ - | $ - | | |
| | | | | $ 1,400.00 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 42.55 | $ 1,357.45 | $ - | $ - | 5/1/2022 | |
| | | | $ 1,357.45 | $ 42.55 | 1 Contractual Payment | | $ (1,357.45) | | | $ 42.55 | $ - | $ - | $ - | | 5/1/2022 |
| 7/1/2722 | $ 1,357.45 | $ 1,357.45 | | $ 1,400.00 | To Debtor Suspense | $ 1,357.45 | | | | $ 1,400.00 | $ - | $ - | $ - | | |
| | | | | $ 1,400.00 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 42.55 | $ 1,357.45 | $ - | $ - | 6/1/2022 | |
| | | | $ 1,357.45 | $ 42.55 | 1 Contractual Payment | | $ (1,357.45) | | | $ 42.55 | $ - | $ - | $ - | | 6/1/2022 |
| 9/1/2022 | $ 1,357.45 | $ 1,357.45 | | $ 1,400.00 | To Debtor Suspense | $ 1,357.45 | | | | $ 1,400.00 | $ - | $ - | $ - | | |
| | | | | $ 1,400.00 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 42.55 | $ 1,357.45 | $ - | $ - | 7/1/2022 | |
| | | | $ 1,357.45 | $ 42.55 | 1 Contractual Payment | | $ (1,357.45) | | | $ 42.55 | $ - | $ - | $ - | | 7/1/2022 |
| 9/27/2022 | $ 1,357.45 | $ 1,357.45 | | $ 1,400.00 | To Debtor Suspense | $ 1,357.45 | | | | $ 1,400.00 | $ - | $ - | $ - | | |
| | | | | $ 1,400.00 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 42.55 | $ 1,357.45 | $ - | $ - | 8/1/2022 | |
| | | | $ 1,357.45 | $ 42.55 | 1 Contractual Payment | | $ (1,357.45) | | | $ 42.55 | $ - | $ - | $ - | | 8/1/2022 |
| 12/29/2022 | $ 1,400.00 | $ 1,400.00 | | $ 1,442.55 | To Debtor Suspense | $ 1,400.00 | | | | $ 1,442.55 | $ - | $ - | $ - | | |
| | | | | $ 1,442.55 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 85.10 | $ 1,357.45 | $ - | $ - | 9/1/2022 | |
| | | | $ 1,357.45 | $ 85.10 | 1 Contractual Payment | | $ (1,357.45) | | | $ 85.10 | $ - | $ - | $ - | | 9/1/2022 |
| 1/9/2023 | $ 2,000.00 | $ 2,000.00 | | $ 2,085.10 | To Debtor Suspense | $ 2,000.00 | | | | $ 2,085.10 | $ - | $ - | $ - | | |
| | | | | $ 2,085.10 | 1 PP Payment | $ (1,357.45) | $ 1,357.45 | | | $ 727.65 | $ 1,357.45 | $ - | $ - | 10/1/2022 | |
| | | | $ 1,357.45 | $ 727.65 | 1 Contractual Payment | | $ (1,357.45) | | | $ 727.65 | $ - | $ - | $ - | | 10/1/2022 |
| 1/26/2023 | $ 0.05 | $ 0.05 | | $ 727.70 | To Trustee Suspense | | | $ 0.05 | | $ 727.65 | $ - | $ 0.05 | $ - | | |
| 2/14/2023 | | | $ 0.05 | $ 727.65 | Escrow Applied | | | $ (0.05) | | $ 727.65 | $ - | $ - | $ - | | |
| 2/15/2023 | $ 2,200.00 | $ 2,200.00 | | $ 2,927.65 | To Debtor Suspense | $ 2,200.00 | | | | $ 2,927.65 | $ - | $ - | $ - | | |
| | | | | $ 2,927.65 | 1 PP Payment | $ (1,380.26) | $ 1,380.26 | | | $ 1,547.39 | $ 1,380.26 | $ - | $ - | 11/1/2022 | |
| | | | $ 1,380.26 | $ 1,547.39 | 1 Contractual Payment | | $ (1,380.26) | | | $ 1,547.39 | $ - | $ - | $ - | | 11/1/2022 |
| | | | | $ 1,547.39 | 1 PP Payment | $ (1,380.26) | $ 1,380.26 | | | $ 167.13 | $ 1,380.26 | $ - | $ - | 12/1/2022 | |
| | | | $ 1,380.26 | $ 167.13 | 1 Contractual Payment | | $ (1,380.26) | | | $ 167.13 | $ - | $ - | $ - | | 12/1/2022 |
| 3/16/2023 | $ 1,500.00 | $ 1,500.00 | | $ 1,667.13 | To Debtor Suspense | $ 1,500.00 | | | | $ 1,667.13 | $ - | $ - | $ - | | |
| | | | | $ 1,667.13 | 1 PP Payment | $ (1,380.26) | $ 1,380.26 | | | $ 286.87 | $ 1,380.26 | $ - | $ - | 1/1/2023 | |
| | | | $ 1,380.26 | $ 286.87 | 1 Contractual Payment | | $ (1,380.26) | | | $ 286.87 | $ - | $ - | $ - | | 1/1/2023 |
| 6/15/2023 | $ 5,800.00 | $ 5,800.00 | | $ 6,086.87 | To Debtor Suspense | $ 5,800.00 | | | | $ 6,086.87 | $ - | $ - | $ - | | |
| | | | $ 1,659.22 | $ 4,427.65 | 1 PP & Contractual Payment Merged | $ (1,659.22) | | | | $ 4,427.65 | $ - | $ - | $ - | 2/1/2023 | 2/1/2023 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOAN NUMBER | [redacted] | Last Name | AH AKAKPO-M | Case | 21-01810 | BK Filed Date | 8/17/2021 |
| POC Arrears | $0.05 | Cured | | | | 1st Post Due date | 9/1/2021 $1,357.45 |
| | | | | | | | 11/1/2022 $1,380.26 |
| | | | | | | | 11/1/2023 $1,369.61 |
| | | | | | | | 7/1/2024 $1,380.19 |
| | | | | | | | 9/1/2025 $1,440.37 |
| | | | | | | | 1/1/2026 $1,451.20 |

PPFN Filed on 11/23/21 " POC 10/12/21 -$350 " ," Plan review fee 8/24/21 -$300" = Total $650 ( $300 cured , $350 still owed)

PPFN Filed on 1/19/23 " Attorney fees MFR 11/29/22 -$850" ," MFR filing fee 11/29/22 -$188" = Total $1,038 Not Cured

Agreed order filed on 4/11/23 " Debtors make each and every payment beginning with the 4/4/23 bi-weekly payment which must be paid in full $218.62 to PSECU on or before 4/4/23 for 6 months payments of $388.38 beginning 4/4/23. to cure movant's remaining arrears due and owing through the 3/21/23 payment due date of $2,330.28.

Agreed order filed on 3/12/25 " As of March 5, 2025, the post-petition arrears owed to FNB total $1,806.58, which consists of $594.30 to complete the January 14, 2025 payment and $684.90 for the February 14, 2025 payment, plus late charges and legal fees and filing costs ("Post-Petition Arrears"Post-petition funds received from the Debtor after March 5, 2025 shall be applied per the terms of this Stipulation as outlined herein. Commencing with payment due March 14, 2025, the Debtor shall cure the Postpetition Arrears owed to FNB over a six (6) month period of time via monthly payments in the amounts of $301.10 ("Arrears Payments") until the Arrears are paid in full.

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Stip Payments | Debtor Balance | PP Payment Balance | Trustee Balance | Stip Balance | Post-Petition Due | Contractual Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ 4,427.65 | 1 PP Payment | $ (1,380.26) | $ 1,380.26 | | | $ 3,047.39 | $ 1,380.26 | $ - | $ - | 3/1/2023 | |
| | | | $ 1,380.26 | $ 3,047.39 | 1 Contractual Payment | | $ (1,380.26) | | | $ 3,047.39 | $ - | $ - | $ - | | 3/1/2023 |
| | | | | $ 3,047.39 | 1 PP Payment | $ (1,380.26) | $ 1,380.26 | | | $ 1,667.13 | $ 1,380.26 | $ - | $ - | 4/1/2023 | |
| | | | $ 1,380.26 | $ 1,667.13 | 1 Contractual Payment | | $ (1,380.26) | | | $ 1,667.13 | $ - | $ - | $ - | | 4/1/2023 |
| | | | | $ 1,667.13 | 1 PP Payment | $ (1,380.26) | $ 1,380.26 | | | $ 286.87 | $ 1,380.26 | $ - | $ - | 5/1/2023 | |
| | | | $ 1,380.26 | $ 286.87 | 1 Contractual Payment | | $ (1,380.26) | | | $ 286.87 | $ - | $ - | $ - | | 5/1/2023 |
| 8/2/2023 | $ 1,380.26 | $ 1,380.26 | | $ 1,667.13 | To Debtor Suspense | $ 1,380.26 | | | | $ 1,667.13 | $ - | $ - | $ - | | |
| | | | | $ 1,667.13 | 1 PP Payment | $ (1,380.26) | $ 1,380.26 | | | $ 286.87 | $ 1,380.26 | $ - | $ - | 6/1/2023 | |
| | | | $ 1,380.26 | $ 286.87 | 1 Contractual Payment | | $ (1,380.26) | | | $ 286.87 | $ - | $ - | $ - | | 6/1/2023 |
| 9/18/2023 | $ 5,000.00 | $ 5,000.00 | | $ 5,286.87 | To Debtor Suspense | $ 5,000.00 | | | | $ 5,286.87 | $ - | $ - | $ - | | |
| | | | | $ 5,286.87 | 1 PP Payment | $ (1,380.26) | $ 1,380.26 | | | $ 3,906.61 | $ 1,380.26 | $ - | $ - | 7/1/2023 | |
| | | | $ 1,380.26 | $ 3,906.61 | 1 Contractual Payment | | $ (1,380.26) | | | $ 3,906.61 | $ - | $ - | $ - | | 7/1/2023 |
| | | | | $ 3,906.61 | 1 PP Payment | $ (1,380.26) | $ 1,380.26 | | | $ 2,526.35 | $ 1,380.26 | $ - | $ - | 8/1/2023 | |
| | | | $ 1,380.26 | $ 2,526.35 | 1 Contractual Payment | | $ (1,380.26) | | | $ 2,526.35 | $ - | $ - | $ - | | 8/1/2023 |
| | | | | $ 2,526.35 | 1 PP Payment | $ (1,380.26) | $ 1,380.26 | | | $ 1,146.09 | $ 1,380.26 | $ - | $ - | 9/1/2023 | |
| | | | $ 1,380.26 | $ 1,146.09 | 1 Contractual Payment | | $ (1,380.26) | | | $ 1,146.09 | $ - | $ - | $ - | | 9/1/2023 |
| 10/26/2023 | $ 1,380.26 | $ 1,380.26 | | $ 2,526.35 | To Debtor Suspense | $ 1,380.26 | | | | $ 2,526.35 | $ - | $ - | $ - | | |
| | | | | $ 2,526.35 | 1 PP Payment | $ (1,380.26) | $ 1,380.26 | | | $ 1,146.09 | $ 1,380.26 | $ - | $ - | 10/1/2023 | |
| | | | $ 1,380.26 | $ 1,146.09 | 1 Contractual Payment | | $ (1,380.26) | | | $ 1,146.09 | $ - | $ - | $ - | | 10/1/2023 |
| 11/28/2023 | $ 1,381.00 | $ 1,381.00 | | $ 2,527.09 | To Debtor Suspense | $ 1,381.00 | | | | $ 2,527.09 | $ - | $ - | $ - | | |
| | | | | $ 2,527.09 | 1 PP Payment | $ (1,369.61) | $ 1,369.61 | | | $ 1,157.48 | $ 1,369.61 | $ - | $ - | 11/1/2023 | |
| | | | $ 1,369.61 | $ 1,157.48 | 1 Contractual Payment | | $ (1,369.61) | | | $ 1,157.48 | $ - | $ - | $ - | | 11/1/2023 |
| 11/29/2023 | | | $ 11.39 | $ 1,146.09 | Principal Applied | $ (11.39) | | | | $ 1,146.09 | $ - | $ - | $ - | | |
| 12/27/2023 | $ 1,369.61 | $ 1,369.61 | | $ 2,515.70 | To Debtor Suspense | $ 1,369.61 | | | | $ 2,515.70 | $ - | $ - | $ - | | |
| | | | | $ 2,515.70 | 1 PP Payment | $ (1,369.61) | $ 1,369.61 | | | $ 1,146.09 | $ 1,369.61 | $ - | $ - | 12/1/2023 | |
| | | | $ 1,369.61 | $ 1,146.09 | 1 Contractual Payment | | $ (1,369.61) | | | $ 1,146.09 | $ - | $ - | $ - | | 12/1/2023 |
| 1/31/2024 | $ 1,369.61 | $ 1,369.61 | | $ 2,515.70 | To Debtor Suspense | $ 1,369.61 | | | | $ 2,515.70 | $ - | $ - | $ - | | |
| | | | | $ 2,515.70 | 1 PP Payment | $ (1,369.61) | $ 1,369.61 | | | $ 1,146.09 | $ 1,369.61 | $ - | $ - | 1/1/2024 | |
| | | | $ 1,369.61 | $ 1,146.09 | 1 Contractual Payment | | $ (1,369.61) | | | $ 1,146.09 | $ - | $ - | $ - | | 1/1/2024 |
| 3/4/2024 | $ 1,369.61 | $ 1,369.61 | | $ 2,515.70 | To Debtor Suspense | $ 1,369.61 | | | | $ 2,515.70 | $ - | $ - | $ - | | |
| | | | | $ 2,515.70 | 1 PP Payment | $ (1,369.61) | $ 1,369.61 | | | $ 1,146.09 | $ 1,369.61 | $ - | $ - | 2/1/2024 | |
| | | | $ 1,369.61 | $ 1,146.09 | 1 Contractual Payment | | $ (1,369.61) | | | $ 1,146.09 | $ - | $ - | $ - | | 2/1/2024 |
| 4/24/2024 | $ 1,369.61 | $ 1,369.61 | | $ 2,515.70 | To Debtor Suspense | $ 1,369.61 | | | | $ 2,515.70 | $ - | $ - | $ - | | |
| | | | | $ 2,515.70 | 1 PP Payment | $ (1,369.61) | $ 1,369.61 | | | $ 1,146.09 | $ 1,369.61 | $ - | $ - | 3/1/2024 | |
| | | | $ 1,369.61 | $ 1,146.09 | 1 Contractual Payment | | $ (1,369.61) | | | $ 1,146.09 | $ - | $ - | $ - | | 3/1/2024 |
| 5/29/2024 | $ 1,369.61 | $ 1,369.61 | | $ 2,515.70 | To Debtor Suspense | $ 1,369.61 | | | | $ 2,515.70 | $ - | $ - | $ - | | |
| | | | | $ 2,515.70 | 1 PP Payment | $ (1,369.61) | $ 1,369.61 | | | $ 1,146.09 | $ 1,369.61 | $ - | $ - | 4/1/2024 | |
| | | | $ 1,369.61 | $ 1,146.09 | 1 Contractual Payment | | $ (1,369.61) | | | $ 1,146.09 | $ - | $ - | $ - | | 4/1/2024 |
| 7/30/2024 | $ 4,000.00 | $ 4,000.00 | | $ 5,146.09 | To Debtor Suspense | $ 4,000.00 | | | | $ 5,146.09 | $ - | $ - | $ - | | |
| | | | | $ 5,146.09 | 1 PP Payment | $ (1,369.61) | $ 1,369.61 | | | $ 3,776.48 | $ 1,369.61 | $ - | $ - | 5/1/2024 | |
| | | | $ 1,369.61 | $ 3,776.48 | 1 Contractual Payment | | $ (1,369.61) | | | $ 3,776.48 | $ - | $ - | $ - | | 5/1/2024 |
| | | | | $ 3,776.48 | 1 PP Payment | $ (1,369.61) | $ 1,369.61 | | | $ 2,406.87 | $ 1,369.61 | $ - | $ - | 6/1/2024 | |
| | | | $ 1,369.61 | $ 2,406.87 | 1 Contractual Payment | | $ (1,369.61) | | | $ 2,406.87 | $ - | $ - | $ - | | 6/1/2024 |
| | | | $ 1,369.61 | $ 1,037.26 | 1 PP & Contractual Payment Merged | $ (1,369.61) | | | | $ 1,037.26 | $ - | $ - | $ - | 7/1/2024 | 7/1/2024 |
| 9/27/2024 | $ 1,380.19 | $ 1,380.19 | | $ 2,417.45 | To Debtor Suspense | $ 1,380.19 | | | | $ 2,417.45 | $ - | $ - | $ - | | |
| | | | | $ 2,417.45 | 1 PP Payment | $ (1,380.19) | $ 1,380.19 | | | $ 1,037.26 | $ 1,380.19 | $ - | $ - | 8/1/2024 | |
| | | | $ 1,380.19 | $ 1,037.26 | 1 Contractual Payment | | $ (1,380.19) | | | $ 1,037.26 | $ - | $ - | $ - | | 8/1/2024 |
| 12/2/2024 | $ 3,500.00 | $ 3,500.00 | | $ 4,537.26 | To Debtor Suspense | $ 3,500.00 | | | | $ 4,537.26 | $ - | $ - | $ - | | |
| | | | | $ 4,537.26 | 1 PP Payment | $ (1,380.19) | $ 1,380.19 | | | $ 3,157.07 | $ 1,380.19 | $ - | $ - | 9/1/2024 | |
| | | | $ 1,380.19 | $ 3,157.07 | 1 Contractual Payment | | $ (1,380.19) | | | $ 3,157.07 | $ - | $ - | $ - | | 9/1/2024 |
| | | | | $ 3,157.07 | 1 PP Payment | $ (1,380.19) | $ 1,380.19 | | | $ 1,776.88 | $ 1,380.19 | $ - | $ - | 10/1/2024 | |
| | | | $ 1,380.19 | $ 1,776.88 | 1 Contractual Payment | | $ (1,380.19) | | | $ 1,776.88 | $ - | $ - | $ - | | 10/1/2024 |
| | | | | $ 1,776.88 | 1 PP Payment | $ (1,380.19) | $ 1,380.19 | | | $ 396.69 | $ 1,380.19 | $ - | $ - | 11/1/2024 | |
| | | | $ 1,380.19 | $ 396.69 | 1 Contractual Payment | | $ (1,380.19) | | | $ 396.69 | $ - | $ - | $ - | | 11/1/2024 |
| 3/14/2025 | $ 1,380.19 | $ 1,380.19 | | $ 1,776.88 | To Debtor Suspense | $ 1,380.19 | | | | $ 1,776.88 | $ - | $ - | $ - | | |
| | | | | $ 1,776.88 | 1 PP Payment | $ (1,380.19) | $ 1,380.19 | | | $ 396.69 | $ 1,380.19 | $ - | $ - | 12/1/2024 | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOAN NUMBER | [redacted] | | | Last Name | AH AKAKPO-M | | Case | 21-01810 | | BK Filed Date | 8/17/2021 | | | |
| | | | POC Arrears | $0.05 | Cured | | | | | 1st Post Due date | 9/1/2021 | $1,357.45 | | |
| | | | | | | | | | | | 11/1/2022 | $1,380.26 | | |
| | PPFN Filed on 11/23/21 " POC 10/12/21 -$350 " ," Plan review fee 8/24/21 -$300" = Total $650 ( $300 cured , $350 still owed) | | | | | | | | | | 11/1/2023 | $1,369.61 | | |
| | | | | | | | | | | | 7/1/2024 | $1,380.19 | | |
| | PPFN Filed on 1/19/23 " Attorney fees MFR 11/29/22 -$850" ," MFR filing fee 11/29/22 -$188" = Total $1,038 Not Cured | | | | | | | | | | 9/1/2025 | $1,440.37 | | |
| | | | | | | | | | | | 1/1/2026 | $1,451.20 | | |

Agreed order filed on 4/11/23 " Debtors make each and every payment beginning with the 4/4/23 bi-weekly payment which must be paid in full $218.62 to PSECU on or before 4/4/23 for 6 months payments of $388.38 beginning 4/4/23. to cure movant's remaining arrears due and owing through the 3/21/23 payment due date of $2,330.28.

Agreed order filed on 3/12/25 " As of March 5, 2025, the post-petition arrears owed to FNB total $1,806.58, which consists of $594.30 to complete the January 14, 2025 payment and $684.90 for the February 14, 2025 payment, plus late charges and legal fees and filing costs ("Post-Petition Arrears"Post-petition funds received from the Debtor after March 5, 2025 shall be applied per the terms of this Stipulation as outlined herein. Commencing with payment due March 14, 2025, the Debtor shall cure the Postpetition Arrears owed to FNB over a six (6) month period of time via monthly payments in the amounts of $301.10 ("Arrears Payments") until the Arrears are paid in full.

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Stip Payments | Debtor Balance | PP Payment Balance | Trustee Balance | Stip Balance | Post-Petition Due | Contractual Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $ 1,380.19 | $ 396.69 | 1 Contractual Payment | | $ (1,380.19) | | | $ 396.69 | $ - | $ - | $ - | | 12/1/2024 |
| 3/31/2025 | $ 1,380.19 | $ 1,380.19 | | $ 1,776.88 | To Debtor Suspense | $ 1,380.19 | | | | $ 1,776.88 | $ - | $ - | $ - | | |
| | | | | $ 1,776.88 | 1 PP Payment | $ (1,380.19) | $ 1,380.19 | | | $ 396.69 | $ 1,380.19 | $ - | $ - | 1/1/2025 | |
| | | | $ 1,380.19 | $ 396.69 | 1 Contractual Payment | | $ (1,380.19) | | | $ 396.69 | $ - | $ - | $ - | | 1/1/2025 |
| 5/12/2025 | $ 1,380.19 | $ 1,380.19 | | $ 1,776.88 | To Debtor Suspense | $ 1,380.19 | | | | $ 1,776.88 | $ - | $ - | $ - | | |
| | | | | $ 1,776.88 | 1 PP Payment | $ (1,380.19) | $ 1,380.19 | | | $ 396.69 | $ 1,380.19 | $ - | $ - | 2/1/2025 | |
| | | | $ 1,380.19 | $ 396.69 | 1 Contractual Payment | | $ (1,380.19) | | | $ 396.69 | $ - | $ - | $ - | | 2/1/2025 |
| 6/10/2025 | $ 1,600.00 | $ 1,600.00 | | $ 1,996.69 | To Debtor Suspense | $ 1,600.00 | | | | $ 1,996.69 | $ - | $ - | $ - | | |
| | | | | $ 1,996.69 | 1 PP Payment | $ (1,380.19) | $ 1,380.19 | | | $ 616.50 | $ 1,380.19 | $ - | $ - | 3/1/2025 | |
| | | | $ 1,380.19 | $ 616.50 | 1 Contractual Payment | | $ (1,380.19) | | | $ 616.50 | $ - | $ - | $ - | | 3/1/2025 |
| 7/14/2025 | $ 1,500.00 | $ 1,500.00 | | $ 2,116.50 | To Debtor Suspense | $ 1,500.00 | | | | $ 2,116.50 | $ - | $ - | $ - | | |
| | | | | $ 2,116.50 | 1 PP Payment | $ (1,380.19) | $ 1,380.19 | | | $ 736.31 | $ 1,380.19 | $ - | $ - | 4/1/2025 | |
| | | | $ 1,380.19 | $ 736.31 | 1 Contractual Payment | | $ (1,380.19) | | | $ 736.31 | $ - | $ - | $ - | | 4/1/2025 |
| 8/12/2025 | $ 1,500.00 | $ 1,500.00 | | $ 2,236.31 | To Debtor Suspense | $ 1,500.00 | | | | $ 2,236.31 | $ - | $ - | $ - | | |
| | | | | $ 2,236.31 | 1 PP Payment | $ (1,380.19) | $ 1,380.19 | | | $ 856.12 | $ 1,380.19 | $ - | $ - | 5/1/2025 | |
| | | | $ 1,380.19 | $ 856.12 | 1 Contractual Payment | | $ (1,380.19) | | | $ 856.12 | $ - | $ - | $ - | | 5/1/2025 |
| 9/2/2025 | $ 1,500.00 | $ 1,500.00 | | $ 2,356.12 | To Debtor Suspense | $ 1,500.00 | | | | $ 2,356.12 | $ - | $ - | $ - | | |
| 9/3/2025 | $ 3,124.49 | $ 3,124.49 | | $ 5,480.61 | To Debtor Suspense | $ 3,124.49 | | | | $ 5,480.61 | $ - | $ - | $ - | | |
| | | | | $ 5,480.61 | 1 PP Payment | $ (1,380.19) | $ 1,380.19 | | | $ 4,100.42 | $ 1,380.19 | $ - | $ - | 6/1/2025 | |
| | | | $ 1,380.19 | $ 4,100.42 | 1 Contractual Payment | | $ (1,380.19) | | | $ 4,100.42 | $ - | $ - | $ - | | 6/1/2025 |
| | | | | $ 4,100.42 | 1 PP Payment | $ (1,380.19) | $ 1,380.19 | | | $ 2,720.23 | $ 1,380.19 | $ - | $ - | 7/1/2025 | |
| | | | $ 1,380.19 | $ 2,720.23 | 1 Contractual Payment | | $ (1,380.19) | | | $ 2,720.23 | $ - | $ - | $ - | | 7/1/2025 |
| | | | | $ 2,720.23 | 1 PP Payment | $ (1,380.19) | $ 1,380.19 | | | $ 1,340.04 | $ 1,380.19 | $ - | $ - | 8/1/2025 | |
| | | | $ 1,380.19 | $ 1,340.04 | 1 Contractual Payment | | $ (1,380.19) | | | $ 1,340.04 | $ - | $ - | $ - | | 8/1/2025 |
| 10/10/2025 | $ 1,500.00 | $ 1,500.00 | | $ 2,840.04 | To Debtor Suspense | $ 1,500.00 | | | | $ 2,840.04 | $ - | $ - | $ - | | |
| 11/10/2025 | $ 1,440.37 | $ 1,440.37 | | $ 4,280.41 | To Debtor Suspense | $ 1,440.37 | | | | $ 4,280.41 | $ - | $ - | $ - | | |
| | | | | $ 4,280.41 | 1 PP Payment | $ (1,440.37) | $ 1,440.37 | | | $ 2,840.04 | $ 1,440.37 | $ - | $ - | 9/1/2025 | |
| | | | $ 1,440.37 | $ 2,840.04 | 1 Contractual Payment | | $ (1,440.37) | | | $ 2,840.04 | $ - | $ - | $ - | | 9/1/2025 |
| | | | | $ 2,840.04 | 1 PP Payment | $ (1,440.37) | $ 1,440.37 | | | $ 1,399.67 | $ 1,440.37 | $ - | $ - | 10/1/2025 | |
| | | | $ 1,440.37 | $ 1,399.67 | 1 Contractual Payment | | $ (1,440.37) | | | $ 1,399.67 | $ - | $ - | $ - | | 10/1/2025 |
| 12/16/2025 | $ 1,440.37 | $ 1,440.37 | | $ 2,840.04 | To Debtor Suspense | $ 1,440.37 | | | | $ 2,840.04 | $ - | $ - | $ - | | |
| | | | | $ 2,840.04 | 1 PP Payment | $ (1,440.37) | $ 1,440.37 | | | $ 1,399.67 | $ 1,440.37 | $ - | $ - | 11/1/2025 | |
| | | | $ 1,440.37 | $ 1,399.67 | 1 Contractual Payment | | $ (1,440.37) | | | $ 1,399.67 | $ - | $ - | $ - | | 11/1/2025 |
| 1/28/2026 | $ 1,500.00 | $ 1,500.00 | | $ 2,899.67 | To Debtor Suspense | $ 1,500.00 | | | | $ 2,899.67 | $ - | $ - | $ - | | |
| | | | | $ 2,899.67 | 1 PP Payment | $ (1,440.37) | $ 1,440.37 | | | $ 1,459.30 | $ 1,440.37 | $ - | $ - | 12/1/2025 | |
| | | | $ 1,440.37 | $ 1,459.30 | 1 Contractual Payment | | $ (1,440.37) | | | $ 1,459.30 | $ - | $ - | $ - | | 12/1/2025 |
| 2/18/2026 | $ 1,500.00 | $ 1,500.00 | | $ 2,959.30 | To Debtor Suspense | $ 1,500.00 | | | | $ 2,959.30 | $ - | $ - | $ - | | |
| | | | | $ 2,959.30 | 1 PP Payment | $ (1,451.20) | $ 1,451.20 | | | $ 1,508.10 | $ 1,451.20 | $ - | $ - | 1/1/2026 | |
| | | | $ 1,451.20 | $ 1,508.10 | 1 Contractual Payment | | $ (1,451.20) | | | $ 1,508.10 | $ - | $ - | $ - | | 1/1/2026 |
| 3/19/2026 | $ 1,152.50 | $ 1,152.50 | | $ 2,660.60 | To Debtor Suspense | $ 1,152.50 | | | | $ 2,660.60 | $ - | $ - | $ - | | |
| | | | | $ 2,660.60 | 1 PP Payment | $ (1,451.20) | $ 1,451.20 | | | $ 1,209.40 | $ 1,451.20 | $ - | $ - | 2/1/2026 | |
| | | | $ 1,451.20 | $ 1,209.40 | 1 Contractual Payment | | $ (1,451.20) | | | $ 1,209.40 | $ - | $ - | $ - | | 2/1/2026 |
| 4/9/2026 | $ 1,451.20 | $ 1,451.20 | | $ 2,660.60 | To Debtor Suspense | $ 1,451.20 | | | | $ 2,660.60 | $ - | $ - | $ - | | |
| | | | | $ 2,660.60 | 1 PP Payment | $ (1,451.20) | $ 1,451.20 | | | $ 1,209.40 | $ 1,451.20 | $ - | $ - | 3/1/2026 | |
| | | | $ 1,451.20 | $ 1,209.40 | 1 Contractual Payment | | $ (1,451.20) | | | $ 1,209.40 | $ - | $ - | $ - | | 3/1/2026 |
| 5/13/2026 | $ 1,451.20 | $ 1,451.20 | | $ 2,660.60 | To Debtor Suspense | $ 1,451.20 | | | | $ 2,660.60 | $ - | $ - | $ - | | |
| | | | | $ 2,660.60 | 1 PP Payment | $ (1,451.20) | $ 1,451.20 | | | $ 1,209.40 | $ 1,451.20 | $ - | $ - | 4/1/2026 | |
| | | | $ 1,451.20 | $ 1,209.40 | 1 Contractual Payment | | $ (1,451.20) | | | $ 1,209.40 | $ - | $ - | $ - | | 4/1/2026 |
| 6/15/2026 | $ 1,451.20 | $ 1,451.20 | | $ 2,660.60 | To Debtor Suspense | $ 1,451.20 | | | | $ 2,660.60 | $ - | $ - | $ - | | |
| | | | | $ 2,660.60 | 1 PP Payment | $ (1,451.20) | $ 1,451.20 | | | $ 1,209.40 | $ 1,451.20 | $ - | $ - | 5/1/2026 | |
| | | | $ 1,451.20 | $ 1,209.40 | 1 Contractual Payment | | $ (1,451.20) | | | $ 1,209.40 | $ - | $ - | $ - | | 5/1/2026 |
| 7/27/2026 | $ 1,451.20 | $ 1,451.20 | | $ 2,660.60 | To Debtor Suspense | $ 1,451.20 | | | | $ 2,660.60 | $ - | $ - | $ - | | |
| | | | | $ 2,660.60 | 1 PP Payment | $ (1,451.20) | $ 1,451.20 | | | $ 1,209.40 | $ 1,451.20 | $ - | $ - | 6/1/2026 | |
| | | | $ 1,451.20 | $ 1,209.40 | 1 Contractual Payment | | $ (1,451.20) | | | $ 1,209.40 | $ - | $ - | $ - | | 6/1/2026 |
| 8/13/2026 | $ 1,451.20 | $ 1,451.20 | | $ 2,660.60 | To Debtor Suspense | $ 1,451.20 | | | | $ 2,660.60 | $ - | $ - | $ - | | |
| | | | | $ 2,660.60 | 1 PP Payment | $ (1,451.20) | $ 1,451.20 | | | $ 1,209.40 | $ 1,451.20 | $ - | $ - | 7/1/2026 | |

| LOAN NUMBER | [redacted] | Last Name | AH AKAKPO-M | Case | 21-01810 | BK Filed Date | 8/17/2021 | |
|---|---|---|---|---|---|---|---|---|
| | POC Arrears | $0.05 | Cured | | | 1st Post Due date | 9/1/2021 | $1,357.45 |
| | | | | | | | 11/1/2022 | $1,380.26 |
| | PPFN Filed on 11/23/21 " POC 10/12/21 -$350 " ," Plan review fee 8/24/21 -$300" = Total $650 ( $300 cured , $350 still owed) | | | | | | 11/1/2023 | $1,369.61 |
| | | | | | | | 7/1/2024 | $1,380.19 |
| | PPFN Filed on 1/19/23 " Attorney fees MFR 11/29/22 -$850" ," MFR filing fee 11/29/22 -$188" = Total $1,038 Not Cured | | | | | | 9/1/2025 | $1,440.37 |
| | | | | | | | 1/1/2026 | $1,451.20 |

Agreed order filed on 4/11/23 " Debtors make each and every payment beginning with the 4/4/23 bi-weekly payment which must be paid in full $218.62 to PSECU on or before 4/4/23 for 6 months payments of $388.38 beginning 4/4/23. to cure movant's remaining arrears due and owing through the 3/21/23 payment due date of $2,330.28.

Agreed order filed on 3/12/25 " As of March 5, 2025, the post-petition arrears owed to FNB total $1,806.58, which consists of $594.30 to complete the January 14, 2025 payment and $684.90 for the February 14, 2025 payment, plus late charges and legal fees and filing costs ("Post-Petition Arrears"Post-petition funds received from the Debtor after March 5, 2025 shall be applied per the terms of this Stipulation as outlined herein. Commencing with payment due March 14, 2025, the Debtor shall cure the Postpetition Arrears owed to FNB over a six (6) month period of time via monthly payments in the amounts of $301.10 ("Arrears Payments") until the Arrears are paid in full.

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Stip Payments | Debtor Balance | PP Payment Balance | Trustee Balance | Stip Balance | Post-Petition Due | Contractual Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $ 1,451.20 | $ 1,209.40 | 1 Contractual Payment | | $ (1,451.20) | | | $ 1,209.40 | $ - | $ - | $ - | | 7/1/2026 |
| 9/15/2026 | $ 1,751.20 | $ 1,751.20 | | $ 2,960.60 | To Debtor Suspense | $ 1,751.20 | | | | $ 2,960.60 | $ - | $ - | $ - | | |
| | | | | $ 2,960.60 | 1 PP Payment | $ (1,451.20) | $ 1,451.20 | | | $ 1,509.40 | $ 1,451.20 | $ - | $ - | 8/1/2026 | |
| | | | $ 1,451.20 | $ 1,509.40 | 1 Contractual Payment | | $ (1,451.20) | | | $ 1,509.40 | $ - | $ - | $ - | | 8/1/2026 |
| 9/17/2026 | | | $ 300.00 | $ 1,209.40 | PPFN Fees Applied | $ (300.00) | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | $ 1,209.40 | | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | $ 1,209.40 | | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | $ 1,209.40 | | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | $ 1,209.40 | | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | $ 1,209.40 | | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | $ 1,209.40 | | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | $ 1,209.40 | | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | $ 1,209.40 | | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | $ 1,209.40 | | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | $ 1,209.40 | | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | **$ 1,209.40** | **MSP Suspense** | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | **$ 1,209.40** | **Pre-petition arrears -$0.05 Cured** | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | **$ 1,209.40** | **PPFN - $350 Not Cured** | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | **$ 1,209.40** | **PPFN - $1,038 Not Cured** | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | $ 1,209.40 | | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | $ 1,209.40 | | | | | | $ 1,209.40 | $ - | $ - | $ - | | |
| | | | | $ 1,209.40 | | | | | | $ 1,209.40 | $ - | $ - | $ - | | |

[redacted]

LAKEVIEW LOAN SERVICING LLC
3637 Sentara Way
Virginia Beach VA 23452

PAYOFF STATEMENT

Request Date: 09-25-26

Issue Date: 09-25-26

Loan Number: [redacted]

Loan Type: VA

Payoff Good Through Date: 09-25-26

Property Address:
1 Horseshoe Dr
Middletown PA 17057

Atah H Akakpo-Martin
Suson Akakpo-Martin
2132 Market Street
Camp Hill PA 17011

PAYOFF AMOUNT INFORMATION

This loan is due for the September 01, 2026 payment.
The current total unpaid principal balance is: $ 179,140.39

| FROM | THRU | RATE | INTEREST |
|---|---|---|---|
| 08/01/26 | 09/24/26 | 3.25000 | 867.99 |

| | | |
|---|---|---|
| Interest: | $ | 867.99 |
| Less Current Escrow Balance: | $ | -691.95 |
| Suspense Balance: | $ | -1,209.40 |
| Total Fees and Charges: | $ | 1,388.00 |
| TOTAL AMOUNT TO PAY IN FULL: | $ | 179,495.03 |

CONTACT US

Customer Service
(800)509-0183*
*Calls are monitored and recorded to ensure quality service.

Hours
Monday-Friday: 8 a.m. to 9 p.m. ET
Saturday: 8 a.m. to 3 p.m. ET
Website:
HTTPS://LAKEVIEWLOANSERVICING.MYLOANCA
-->RE.COM

CONTRACTUAL AND OTHER FEES AND CHARGES DUE

| | | |
|---|---|---|
| PRO RATA PMI: | $ | .00 |
| Processing/Recording: | $ | .00 |
| Escrow/Impound Overdraft: | $ | .00 |
| Buydown Subsidy/Replacement Reserve Balance: | $ | .00 |
| Unpaid Late Charges: | $ | .00 |
| Unpaid NSF Charges: | $ | .00 |
| Prepayment penalty: | $ | .00 |
| Revision Fee: | $ | .00 |
| Statement Fee: | $ | .00 |
| Recoverable Corporate Advance Balance: | $ | 1,388.00 |
| Other Fees Due: | $ | .00 |

ESCROW INFORMATION

| | | |
|---|---|---|
| Escrow Balance: | $ | 691.95 |
| Restricted Escrow: | $ | .00 |

Please note that tax and insurance disbursements will continue to be made during this payoff statement period. A refund of any remaining money will be sent to your address of record within 15 business days of payment in full. If you are relocating, please remember to update your address on our website

which can be found on your most recent statement.

The payoff statement amount is accurate up to the date the statement is issued.

The total amount is good through 09-25-26. Please be advised that funds received after this date will be subject to an additional $ 15.95 per day. If this obligation is not paid-in-full by the payoff good through date, then an updated payoff amount must be obtained. Depending on the state law, a charge may be incurred for such a request. Issuance of this statement does not suspend the contractual requirements to make payments when due in in compliance with the terms of your note and security instrument. If payments are not made on or before the expiration of the grace period, a late charge of $ 58.05 will be assessed.

PAYOFF REMITTANCE INSTRUCTIONS HAVE BEEN INCLUDED FOR YOUR REFERENCE.

**Fill in this information to identify the case:**

Debtor 1 Atah H. Akakpo-Martin

Debtor 2 Suson E. Akakpo-Martin
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania (State)

Case number 1:21-bk-01810-HWV

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** The Money Source Inc.

**Court claim no.** (if known): 12-2

**Last four digits** of any number you use to identify the debtor's account: 0027

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ______________.

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | | Dates incurred | | Amount |
|---|---|---|---|---|---|
| 1. | Late charges | | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | | (2) | |
| 3. | Attorney fees | | | (3) | |
| 4. | Filing fees and court costs | | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim | 10/12/2021 | (5) | $350.00 |
| 6. | Appraisal/Broker's price opinion fees | | | (6) | |
| 7. | Property inspection fees | | | (7) | |
| 8. | Tax advances (non-escrow) | | | (8) | |
| 9. | Insurance advances (non-escrow) | | | (9) | |
| 10. | Property preservation. Specify: | | | (10) | |
| 11. | Other. Specify: | Plan Review Fee | 08/24/2021 | (11) | $300.00 |
| 12. | Other. Specify: | | | (12) | |
| 13. | Other. Specify: | | | (13) | |
| 14. | Other. Specify: | | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | | (15) | $650.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Matthew Tillma
Signature

Date 11/22/2021

Print Matthew Tillma
First Name Middle Name Last Name

Title Authorized Agent for The Money Source Inc.

Company Bonial & Associates, P.C.

Address 14841 Dallas Parkway, Suite 425
Number Street

Dallas, Texas 75254
City State ZIP Code

Contact phone (972) 643-6600

Email POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 23, 2021 via electronic notice unless otherwise stated.

**Debtor** ***Via U.S. Mail***
Atah H. Akakpo-Martin
1 Horseshoe Drive
Middletown, PA 17057

**Debtor** ***Via U.S. Mail***
Suson E. Akakpo-Martin
1 Horseshoe Drive
Middletown, PA 17057

**Debtors' Attorney**
Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

**Chapter 13 Trustee**
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

Respectfully Submitted,

/s/ Matthew Tillma

**Fill in this information to identify the case:**

Debtor 1 Atah H. Akakpo-Martin

Debtor 2 Suson E. Akakpo-Martin
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania
(State)

Case number 1:21-bk-01810-HWV

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** The Money Source Inc.

**Court claim no.** (if known): 12-2

**Last four digits** of any number you use to identify the debtor's account: 0027

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ______________.

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | | Amount |
|---|---|---|---|---|---|
| 1. | Late charges | | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | | (2) | |
| 3. | Attorney fees | Motion for Relief | 11/29/2022 | (3) | $850.00 |
| 4. | Filing fees and court costs | Motion for Relief Filing Fee | 11/29/2022 | (4) | $188.00 |
| 5. | Bankruptcy/Proof of claim fees | | | (5) | |
| 6. | Appraisal/Broker's price opinion fees | | | (6) | |
| 7. | Property inspection fees | | | (7) | |
| 8. | Tax advances (non-escrow) | | | (8) | |
| 9. | Insurance advances (non-escrow) | | | (9) | |
| 10. | Property preservation. Specify: | | | (10) | |
| 11. | Other. Specify: | | | (11) | |
| 12. | Other. Specify: | | | (12) | |
| 13. | Other. Specify: | | | (13) | |
| 14. | Other. Specify: | | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | | (15) | $1,038.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mukta Suri
Signature

Date 01/19/2023

Print Mukta Suri
First Name Middle Name Last Name

Title Authorized Agent for The Money Source Inc.

Company Bonial & Associates, P.C.

Address 14841 Dallas Parkway, Suite 425
Number Street

Dallas, Texas 75254
City State ZIP Code

Contact phone (972) 643-6600

Email POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before January 19, 2023 via electronic notice unless otherwise stated.

**Debtor** ***Via U.S. Mail***
Atah H. Akakpo-Martin
1 Horseshoe Drive
Middletown, PA 17057

**Debtor** ***Via U.S. Mail***
Suson E. Akakpo-Martin
1 Horseshoe Drive
Middletown, PA 17057

**Debtors' Attorney**
Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

**Chapter 13 Trustee**
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

Respectfully Submitted,

/s/ Mukta Suri