**Fill in this information to identify the case:**

Debtor 1 Atah H. Akakpo-Martin

Debtor 2 Suson E. Akakpo-Martin
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania (State)

Case number 1:21-bk-01810-HWV

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** The Money Source Inc.

**Court claim no.** (if known): 12-2

**Last four digits** of any number you use to identify the debtor's account: 0027

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____________.

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | | Amount |
|---|---|---|---|---|---|
| 1. | Late charges | | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | | (2) | |
| 3. | Attorney fees | | | (3) | |
| 4. | Filing fees and court costs | | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim | 10/12/2021 | (5) | $350.00 |
| 6. | Appraisal/Broker's price opinion fees | | | (6) | |
| 7. | Property inspection fees | | | (7) | |
| 8. | Tax advances (non-escrow) | | | (8) | |
| 9. | Insurance advances (non-escrow) | | | (9) | |
| 10. | Property preservation. Specify: | | | (10) | |
| 11. | Other. Specify: | Plan Review Fee | 08/24/2021 | (11) | $300.00 |
| 12. | Other. Specify: | | | (12) | |
| 13. | Other. Specify: | | | (13) | |
| 14. | Other. Specify: | | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | | (15) | $650.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Matthew Tillma
Signature

Date 11/22/2021

Print Matthew Tillma
First Name Middle Name Last Name

Title Authorized Agent for The Money Source Inc.

Company Bonial & Associates, P.C.

Address 14841 Dallas Parkway, Suite 425
Number Street

Dallas, Texas 75254
City State ZIP Code

Contact phone (972) 643-6600 Email POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 23, 2021 via electronic notice unless otherwise stated.

**Debtor** ***Via U.S. Mail***
Atah H. Akakpo-Martin
1 Horseshoe Drive
Middletown, PA 17057

**Debtor** ***Via U.S. Mail***
Suson E. Akakpo-Martin
1 Horseshoe Drive
Middletown, PA 17057

**Debtors' Attorney**
Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

**Chapter 13 Trustee**
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

Respectfully Submitted,

/s/ Matthew Tillma